UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                          CHAPTER 13

JOAN A. THOMPSON                                                CASE NO. 09-75772

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Bank of America                **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 7831

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $412.54 (Per Creditor Proof of Claim) |
| Amount Paid by Trustee | $412.54 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   4/23/13                         /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd Day of April, 2013.

Dated:   4/23/13                         /s/Cynthia K. Burnard

BANK OF AMERICA/RETAIL PAYMENT SERVICES
DE5-023-03-03
900 SAMOSET DRIVE BLDG CHRISTIANA 3
NEWARK, NJ  19713

BANK OF AMERICA NA
475 CROSSPOINT PARKWAY
PO BOX 9000
GETZVILLE, NY  14068

BAC HOME LOANS SERVICING, LP
fka COUNTRYWIDE HOME LOANS INC
400 COUNTRYWIDE WAY MS SV-46
SIMI VALLEY, CA   93065

DEAN PROBER
C/O PROBER & RAPHAEL, A LAW CORP.
20750 VENTURA BLVD STE. 100
WOODLAND HILLS, CA   91364


JOAN A. THOMPSON
206 ST. LOUIS AVENUE
ROCKFORD, IL  61104

ATTORNEY GILBERT R. DIZON
524 W. STATE ST., SUITE 2B
GENEVA, IL  60134